DAJHAR JOHNSON

4341 S. MORGAN AVENUE

LOS ANGELES, CA 90011

(213) 842-3782

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CV 14 - 07725

| | |
|---|---|
| DAJHAR JOHNSON, an Individual; | Case No. |
| Plaintiff, | **COMPLAINT FOR:** |
| VS. | Unlawful DEBT COLLECTION |
| CAPITAL ONE BANK USA, NATIONAL ASSOCIATION | PRACTICES |
| CAP ONE | FAIR DEBT COLLECTION PRACTICES ACT |
| | FAIR CREDIT REPORTING ACT |
| | **Jury Trial Demanded:** Yes |
| DEFENDANT(S). | |

## I. COMPLAINT INTRODUCTION

1. This is an action for damages brought by an individual consumer against

Defendants for violations of the Fair Debt Collection Practices Act, 15 U.S.C. §

1692, et seq. (FDCPA) and the California Rosenthal Act, Civil Code § 1788 et

seq. ( Rosenthal Act ) both of which prohibit debt collectors from engaging in abusive, deceptive, and unfair practices.

2.  This is an action for damages brought by an individual consumer against Defendants for violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. ( FCRA) which prohibits furnishers from reporting false and inaccurate information.

## II. JURISDICTION AND VENUE

3.  This Court has jurisdiction under:  15 U.S.C. sec. 1692 k (d), 28 U.S.C. sec. 1331, and 28 U.S.C. sec. 1337. Supplemental jurisdiction exist for the state law claims pursuant to 28 U.S.C. § 1367. Venue is proper pursuant to: 28 U.S.C. § 1391(b) where that the defendant transact business here and the conduct complained of occurred here.

## III.   PARTIES

4.  Plaintiff DAJHAR JOHNSON is a natural person resided in California. Plaintiff is a consumer within the meaning of 15 U.S.C. sec. 1692 a (3), 15 U.S.C. § 1681 a (c).

5.  Defendants: CAPITAL ONE BANK, NATIONAL ASSOCIATION is a "debt collector" within the meaning of 15 U.S.C. sec 1692 a (6); a furnisher of information within the  meaning 15 U.S.C. § 1681 a (b) doing the business of collecting debts in California, operating from an address: PO BOX 30281 SALT

LAKE CITY, UT 84130. CAP ONE is a "debt collector" within the meaning of 15 U.S.C. sec 1692 a (6); a furnisher of information within the 15 U.S.C. § 1681 a (b) doing the business of collecting debts in California, operating from address PO BOX 85520 RICHMOND, VA 23285

6.  Defendants is engaged in the collection of debts from consumer using the mail and telephone. Defendants regularly engaged as furnishers of consumer Transunion, Equifax, and Experian credit file. Defendants regularly attempt to collect consumer debt alleged to be due to another. Defendants are "debt collectors" as defined by the FDCPA, 15 U.S.C. § 1692a (6), by the Rosenthal Act, California Civil Code 1788.2 (c)., and furnisher of information defined by the 15 U.S.C. § 1681s-2.

7.  Defendants is all entites or individuals who contributed to or participated in, or authorized the acts or conspired with the name Defendants to commit the acts and do the things complained of which caused the injuries and damages to Plaintiff as set forth below. Each of the parties, named and fictitious, acted as principal and agent, each of the other, and combined and concurred each with the other in committing the acts that injured the Plaintiff.

8.  The true names and capacities, whether individual, corporate (including officers and directors thereof), associate or otherwise of Defendants sued herein as DOES 1 thru 5, inclusive, are unknown to plaintiff, who therefore sues this

Defendant by such fictitious names. Plaintiff is informed and believes, and all alleges that each Defendant designated as DOE is involved in or is in some manner responsible as a principal, beneficiary, agent, co-conspirator, joint venturer, alter ego, third party beneficiary, or otherwise, for the agreements, transactions, events and/or acts hereinafter described, and thereby proximately caused injuries and damages to Plaintiff. Plaintiff requests that when the true names and capacities of these DOE Defendants are ascertained, they may be inserted in all subsequent proceedings, and that this action may proceed against them under their true names.

9.   Plaintiff is a "consumer " as defined by the FDCPA, 15 U.S.C. 1692a(3).

10. The purported debt that Defendants attempted to collect from Plaintiff was a "debt" as defined by the FDCPA, 15 U.S.C. § 1692a(5).

11. Plaintiff is a "debtor" as defined by the Rosenthal Act, California Civil Code 1788.2(h).

12.   The purported debt which defendant attempted to collect from Plaintiff was a "consumer debt" as defined by the Rosenthal Act, California Civil Code § 1788.2(f)

13.   Experian, Equifax, Transunion is a credit reporting agency within the meaning FCRA 15 U.S.C. § 1681a(f)

14.   Consumer credit report is a consumer report within the meaning of the

FCRA 15 U.S.C. § 1681 a (d)

15. Plaintiff has never had any business dealing or any accounts with made applications for credit from, made application for employment with, applied for insurance from or received a bonafied offer of credit from the defendant .

## IV.   STATEMENT OF FACTS

16. On January 19, 2014 Plaintiff upon requested Equifax, Transunion, Experian consumer credit report; Plaintiff discovered entries by entities had no knowledge of any business relationship with named defendant in the report.

17.   Defendant CAPITAL ONE BANK USA, NATIONAL ASSOCIATION and CAP ONE prepared and issued consumer credit reports concerning plaintiff which included inaccurate information acct. # 51780593XXXX … in the amount of a charge off in violation 15 U.S.C. sec. 1681 g (d) (2) 15 U.S.C. sec. 1692 e (10).

18.   Defendants issued and re-aged plaintiff account  # 5178059XXXX …. by updating the date of last activity on credit reporting in hopes of keeping negative information on plaintiff consumer credit report longer FCRA sec. 605 (c ) running of the reporting period. Said action thereby damaged Plaintiff by causing  Plaintiff credit score to decline resulting in Plaintiff having to pay higher insurance premiums.

19.   On February 4, 2014 Plaintiff sent via United States Postal Service Certified Mail letters disputing inaccurate information to 3 credit reporting bureau agencies. On February 04, 2014 Plaintiff sent 1st notice to CAPITAL ONE USA, NATIONAL ASSOCIATION and CAP ONE requesting formal debt validation upon 30 day notice to reply in accordance with (FDCPA)15. U.S.C. sec. 1692g, 15 U.S.C sec. 1681i, also informing defendants of their violations of the FCRA.

20. Plaintiff in a good faith effort to allow defendants CAPITAL ONE BANK USA, NATIONAL ASSOCITATION and CAP ONE ample opportunity to validate alleged debt, and take notice of their violations of the FDCPA. On March 13, 2014 Plaintiff sent second letters via certified mail upon 10 day notice response. Defendant CAPITAL ONE BANK USA, NATIONAL ASSOCIATION and CAP ONE have been regularly reporting a collection account on Plaintiff consumer reports credit history inaccurately without validating the alleged debt U.S. COURT OF APPEALS NINTH CIRCUIT No.00-15946 Nelson V. CHASE MANHATTAN. Defendant violated 15 U.S.C. sec.  1692 e (2) by falsely representing the character, amount, or legal status of any debt.

21.   As a result of the acts alleged above, Plaintiff suffered increased symptoms of chronic health conditions including high blood pressure, severe

PLAINTIFF DAJHAR JOHNSON COMPLAINT                                6

stress related symptoms, including but not limited to nervousness, worry, severe unhappiness, loss of appetite, weight loss, and interference with intimate relationship.

22. Discovery of violations brought forth herein occurred in January 2014 and are within the statute of limitation, as defined in the FCRA 15 U.S.C. § 1681p; FDCPA 15 U.S.C. § 1692 k (d

## V.  CAUSES OF ACTION

### FIRST CAUSE OF ACTION

( As against Defendant for Violations of FDCPA)

**(As against Defendant(s):** CAPITAL ONE BANK USA, NATIONAL ASSOCIATION and CAP ONE.

23.  Plaintiff re-alleges and incorporates by reference all of the foregoing paragraphs.

24. Defendants violated the FDCPA. Defendants violations include, but are not limited to, the following:

(a)  The Defendants violated 15 U.S.C. § 1692d by engaging in conduct the natural consequence of which is to harass, oppress, and abuse persons in connection with the collection of the alleged debt;

(b)  The Defendants violated 15 U.S.C. § 1692e(2) by misrepresenting

the legal status of the debt;

(c )   The Defendants violated 15 U.S.C. § 1692e(10) by using a false representation and deceptive means to collect or attempt to collect any debt or to obtain information regarding a consumer;

(d)   The Defendants violated 15 U.S.C. § 1692 f by using unfair or unconscionable means to collect or attempt to collect a debt;

(e)   The Defendants violated 15 U.S.C. § 1692f(1) by attempting to collect an amount not permitted by law.

25.  As a result of the above violations of the FDCPA, Defendants are liable to the Plaintiff for Plaintiff's actual damages, statutory damages, and court fees and costs Pursuant to 15 U.S.C. § 1692k

## SECOND CAUSE OF ACTION

(As against Defendant for Violation of the Rosenthal Act)

**As against Defendant(s):** CAPITAL ONE BANK USA, NATIONAL ASSOCATION and CAP ONE

26.  Plaintiff re-alleges and incorporates by reference all of the foregoing paragraphs.

27. Defendants violated the Rosenthal Act, by including, but not limited to,

the following:

(a) the Defendants violated California Civil Code § 1788.17 by failing to comply with the FDCPA as alleged above;

(b) Defendants acts as described above were done intentionally with the purpose of coercing Plaintiff to pay the alleged debt.

(c) Defendants violations of the Rosenthal Act were willful and knowing. Defendants are therefore liable to Plaintiff for Plaintiff's actual damages, statutory damages, court fees and costs pursuant to California Civil Code § 1788.30.

## V.    REQUEST FOR RELIEF

28. That this court grant judgment against defendants for first claim for relief 1) Actual damages determined by jury 2.) Punitive & Statutory damages 15 U.S.C. sec. 1692 d (1) 1692 f (6) Remedies 1692 k $1,000.00 per statute 3.) legal cost and fees. 4.) Any relief as the court see fit.

Date: 10/06/14

Sign: _mm_

PLAINTIFF DAJHAR JOHNSON COMPLAINT                                    9

1      Print Name:

2

3                    **DEMAND FOR JURY TRIAL**

4

5      Plaintiff hereby request a jury trial on all issues raised in this complaint

6

7                              Date: 10/06/14

8                              Sign: _mm_ _jhm_

9

10                             Print Name: Ozjhar Johnson

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DAJHAR J. JOHNSON
4341 S. MORGAN AVE
LOS ANGELES, CA 90011

Capital One Bank USA, NA
PO Box 30281
Salt Lake City, UT 84130

1/28/2014

Re: Acct # 51780593****

Amount: $ 0.00/ Charge off

To Whom It May Concern:

This is not a refusal to pay, but a notice that your claim is disputed.

Under the Fair Debt Collections Practices Act (FDCPA), I have the right to request validation of the debt you say I owe you.  I am requesting proof that I am indeed the party you are asking to pay this debt, and there is some contractual obligation which is binding on me to pay this debt. Below are a few questions to answer which may help you to resolve these mistakes.

You should also be aware that reporting such invalidated information to major credit bureaus might constitute defamation of character, as the negative marks on my credit report harm my credit and prevent me from enjoying all the benefits of good credit.   I'm sure your legal staff will agree that non-compliance with this request could put your company in serious legal trouble with the FTC and other state or federal agencies.

In addition to the questionnaire below, please attach copies of:

- Agreement with your client that grants you the authority to collect on this alleged debt
- Agreement that bears the signature of the alleged debtor wherein he agreed to pay the creditor.
- Any insurance claims been made by any creditor regarding this account
- Any judgments been obtained by any creditor regarding this account

Best regards,

*Dajhar J. Johnson*

## Debt Validation Form

Questionnaire to be returned to me for Account #<insert account number here>

Original Creditor's Name: _____

Name of Debtor: _____

Address of Debtor: _____

Balance of Account: _____

Date you acquired this debt: _____

This Debt was: assigned _____ purchased _____

Please indicate any credit bureaus to which you have reported negative marks:

Experian            _____
Equifax             _____
TransUnion          _____

DAJHAR J. JOHNSON
4341 S. MORGAN AVE
LOS ANGELES, CA 90011

Cap One
P.O. Box 85520
Richmond, VA 23285

1/28/2014

Re: Acct # 51780593****

Amount: $ 0.00/ Charge off

To Whom It May Concern:

This is not a refusal to pay, but a notice that your claim is disputed.

Under the Fair Debt Collections Practices Act (FDCPA), I have the right to request validation of
the debt you say I owe you.  I am requesting proof that I am indeed the party you are asking to
pay this debt, and there is some contractual obligation which is binding on me to pay this debt.
Below are a few questions to answer which may help you to resolve these mistakes.

You should also be aware that reporting such invalidated information to major credit bureaus
might constitute defamation of character, as the negative marks on my credit report harm my
credit and prevent me from enjoying all the benefits of good credit.   I'm sure your legal staff will
agree that non-compliance with this request could put your company in serious legal trouble with
the FTC and other state or federal agencies.


In addition to the questionnaire below, please attach copies of:

- Agreement with your client that grants you the authority to collect on this alleged debt
- Agreement that bears the signature of the alleged debtor wherein he agreed to pay the
  creditor.
- Any insurance claims been made by any creditor regarding this account
- Any judgments been obtained by any creditor regarding this account



Best regards,

*Dajhar J. Johnson*



## Debt Validation Form

Questionnaire to be returned to me for Account #<insert account number here>

Original Creditor's Name: _____

Name of Debtor: _____

Address of Debtor: _____

Balance of Account: _____

Date you acquired this debt: _____

This Debt was: assigned _____   purchased _____

Please indicate any credit bureaus to which you have reported negative marks:

Experian          _____
Equifax           _____
TransUnion        _____

DAJHAR J. JOHNSON
4341 S. MORGAN AVE
LOS ANGELES, CA 90011

Capital One Bank USA, NA
PO Box 30281
Salt Lake City, UT 84130

3/15/2014

Re: Acct # 51780593****

To Whom It May Concern:

I have previously sent you a request to validate my debt, account number 51780593**** on
February 04, 2014. Under the Fair Debt Collections Practices Act (FDCPA), I have the right to
request validation of the debt you say I owe you. I have given you 30 days to remedy the
situation, which is a very reasonable period. I have received no reply from you, though I did
receive confirmation via mail that you did receive my letter on February 07, 2014.

Since you are still reporting this account on my credit report, you are now in violation of the
FCPDA, and are now subject to fines of $1000, which I may collect from you by filing a claim in
small claims court. I intend to follow through with the suit if I do not hear back from you within
10 days.

You should also be aware that reporting such invalidated information to major credit bureaus
might constitute defamation of character, as the negative marks on my credit report harm my
credit and prevent me from enjoying all the benefits of good credit. I'm sure your legal staff will
agree that non-compliance with this request could put your company in serious legal trouble with
the FTC and other state or federal agencies.

I look forward to hearing from you,

Dajhar Johnson
(Without Prejudice)

4341 MORGAN AVE
LOS ANGELES, CA 90011



DAJHAR J. JOHNSON
4341 S. MORGAN AVE
LOS ANGELES, CA 90011

Cap One
P.O. Box 85520
Richmond, VA 23285

3/15/2014

Re: Acct # 51780593****

To Whom It May Concern:

I have previously sent you a request to validate my debt, account number 51780593**** on
February 04, 2014. Under the Fair Debt Collections Practices Act (FDCPA), I have the right to
request validation of the debt you say I owe you.  I have given you 30 days to remedy the
situation, which is a very reasonable period. I have received no reply from you, though I did
receive confirmation via mail that you did receive my letter on February 07, 2014.

Since you are still reporting this account on my credit report, you are now in violation of the
FCPDA, and are now subject to fines of $1000, which I may collect from you by filing a claim in
small claims court. I intend to follow through with the suit if I do not hear back from you within
10 days.

You should also be aware that reporting such invalidated information to major credit bureaus
might constitute defamation of character, as the negative marks on my credit report harm my
credit and prevent me from enjoying all the benefits of good credit. I'm sure your legal staff will
agree that non-compliance with this request could put your company in serious legal trouble with
the FTC and other state or federal agencies.

I look forward to hearing from you,

Dajhar Johnson
(Without Prejudice)

4341 MORGAN AVE
LOS ANGELES, CA 90011



**freecreditreport.com**

# Dajhar J Johnson's
# 1/19/2014 3-Bureau Credit Report with Scores

## Accounts (cont.)

|  | Experian | Equifax | TransUnion |
|---|---|---|---|

 **CAPITAL ONE BANK USA (800) 955-7070**

|  | Experian | Equifax | TransUnion |
|---|---|---|---|
| Account Name: | No match found. | CAPITAL ONE BANK USA | No match found. |
| Account #: | | 51780593XXXX | |
| Payment Status: | | Bad debt & placed for collection & skip | |
| Account Type: | | Unknown | |
| Balance: | | $0 | |
| Date Open: | | 03/01/2010 | |
| Last Updated: | | 01/01/0001 | |
| Account Status: | | - | |
| Terms: | | | |
| Phone #: | | (800) 955-7070 | |
| Address: | | PO BOX 85015 | |
| Ownership: | | - | |
| Original Creditor: | | - | |
| Company Sold-to: | | - | |
| Credit Limit: | | - | |
| Monthly Payment: | | - | |
| Past Due Amount: | | - | |
| High Balance: | | $602 | |
| Balloon Payment: | | - | |
| Comments: | | ACCOUNT TRANSFERRED OR SOLD CHARGED OFF ACCOUNT | |

### 24-Month Payment History

**2013** Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec Jan **2014** Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec Jan

Experian
Equifax
TransUnion

© 2014 Consumerinfo.com, Inc.


**freecreditreport.com**

# Dajhar J Johnson's
## 1/19/2014 3-Bureau Credit Report with Scores

### Accounts (cont.)

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| (!) CAP ONE | | | |

| | | | |
|---|---|---|---|
| | | No match found. | No match found. |

| | Experian |
|---|---|
| Account Name: | CAP ONE |
| Account #: | 51780593XXXX |
| Payment Status: | Charge-off |
| Account Type: | Credit Card |
| Balance: | - |
| Date Open: | 03/01/2010 |
| Last Updated: | 05/01/2011 |
| Account Status: | - |
| Terms: | Revolving |
| Phone #: | No Phone Provided |
| Address: | PO BOX 85520 |
| Ownership: | |
| Original Creditor: | - |
| Company Sold-to: | - |
| Credit Limit: | $300 |
| Monthly Payment: | - |
| Past Due Amount: | - |
| High Balance: | - |
| Balloon Payment: | - |
| Comments: | - |

### 24-Month Payment History

| | | 2013 | | | | | | | | | | | 2014 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan |
| Experian | | FP | FP | FP | FP | FP | FP | FP | FP | FP | FP | FP | FP | FP | FP | FP | FP | FP | FP | FP | FP | FP | FP | FP | FP |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | | |

© 2014 Consumerinfo.com, Inc.

(18)

**freecreditreport.com**

# Dajhar J Johnson's
## 1/19/2014 3-Bureau Credit Report with Scores

## Accounts (cont.)

|  | **Experian** | **Equifax** | **TransUnion** |
|---|---|---|---|
| ⚠ 🔘 💳 **CAP ONE (800) 955-7070** | | | |
| Account Name: | No match found. | No match found. | CAP ONE |
| Account #: | | | 51780593XXXX |
| Payment Status: | | | Charged off as bad debt |
| Account Type: | | | Credit Card |
| Balance: | | | $0 |
| Date Open: | | | 03/06/2010 |
| Last Updated: | | | 01/01/0001 |
| Account Status: | | | - |
| Terms: | | | |
| Phone #: | | | (800) 955-7070 |
| Address: | | | POB 30281 |
| Ownership: | | | - |
| Original Creditor: | | | - |
| Company Sold-to: | | | |
| Credit Limit: | | | $300 |
| Monthly Payment: | | | - |
| Past Due Amount: | | | $0 |
| High Balance: | | | $602 |
| Balloon Payment: | | | - |
| Comments: | | | - |

### 24-Month Payment History

|  | **2013** | | | | | | | | | | | | **2014** | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan |
| **Experian** | | | | | | | | | | | | | | | | | | | | | | | | |
| **Equifax** | | | | | | | | | | | | | | | | | | | | | | | | |
| **TransUnion** | | | | | | | | | | | | | | | | | | | | | | | | |

© 2014 Consumerinfo.com, Inc.

*19*

**freecreditreport.com**®

## Dajhar Jerome Johnson's
## 6/17/2014 3-Bureau Credit Report with Scores

## Accounts (cont.)

|  | Experian | Equifax | TransUnion |
|---|---|---|---|
|   **CAPITAL ONE BANK USA (800) 955-7070** | | | |
| Account Name: | No match found. | CAPITAL ONE BANK USA | No match found. |
| Account #: | | 51780593XXXX | |
| Payment Status: | | Bad debt & placed for collection & skip | |
| Account Type: | | Unknown | |
| Balance: | | $0 | |
| Date Open: | | 03/01/2010 | |
| Last Updated: | | 01/01/0001 | |
| Account Status: | | - | |
| Terms: | | | |
| Phone #: | | (800) 955-7070 | |
| Address: | | PO BOX 85015 | |
| Ownership: | | - | |
| Original Creditor: | | - | |
| Company Sold-to: | | - | |
| Credit Limit: | | - | |
| Monthly Payment: | | - | |
| Past Due Amount: | | - | |
| High Balance: | | $300 | |
| Balloon Payment: | | - | |
| Comments: | | ACCOUNT TRANSFERRED OR SOLD CHARGED OFF ACCOUNT | |

### 24-Month Payment History

|  | 2012 | | | | | | 2013 | | | | | | | | | | | | 2014 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun |
| Experian | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |



© 2014 Consumerinfo.com, Inc.

**freecreditreport.com**

# Dajhar Jerome Johnson's
# 6/17/2014 3-Bureau Credit Report with Scores

## Accounts (cont.)

|  | **Experian** | **Equifax** | **TransUnion** |
|---|---|---|---|
|  **CAP ONE** | | | |

|  | | | |
|---|---|---|---|
| Account Name: | CAP ONE | No match found. | No match found. |
| Account #: | 51780593XXXX | | |
| Payment Status: | Charge-off | | |
| Account Type: | Credit Card | | |
| Balance: | $0 | | |
| Date Open: | 03/01/2010 | | |
| Last Updated: | 06/01/2011 | | |
| Account Status: | Closed | | |
| Terms: | Revolving | | |
| Phone #: | No Phone Provided | | |
| Address: | PO BOX 85520 | | |
| Ownership: | | | |
| Original Creditor: | - | | |
| Company Sold-to: | - | | |
| Credit Limit: | $700 | | |
| Monthly Payment: | - | | |
| Past Due Amount: | $0 | | |
| High Balance: | - | | |
| Balloon Payment: | - | | |
| Comments: | - | | |

### 24-Month Payment History

| | 2012 | | | | | | 2013 | | | | | | | | | | | | 2014 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun |
| Experian | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |

Printed: 6/19/2014                    © 2014 Consumerinfo, Inc.

**freecreditreport.com**®

# Dajhar Jerome Johnson's
# 6/17/2014 3-Bureau Credit Report with Scores

## Accounts (cont.)

|  | Experian | Equifax | TransUnion |
|---|---|---|---|
| **CAP ONE (800) 955-7070** | | | |

|  | Experian | Equifax | TransUnion |
|---|---|---|---|
| Account Name: | No match found. | No match found. | CAP ONE |
| Account #: | | | 51780593XXXX |
| Payment Status: | | | Charged off as bad debt |
| Account Type: | | | Credit Card |
| Balance: | | | $0 |
| Date Open: | | | 03/06/2010 |
| Last Updated: | | | 01/01/0001 |
| Account Status: | | | Closed |
| Terms: | | | |
| Phone #: | | | (800) 955-7070 |
| Address: | | | POB 30281 |
| Ownership: | | | - |
| Original Creditor: | | | - |
| Company Sold-to: | | | - |
| Credit Limit: | | | $300 |
| Monthly Payment: | | | - |
| Past Due Amount: | | | $0 |
| High Balance: | | | $602 |
| Balloon Payment: | | | - |
| Comments: | | | - |

### 24-Month Payment History

| | | 2012 | | | | | | 2013 | | | | | | | | | | | 2014 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun |
| Experian | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |

DAJHAR JOHNSON
4341 S. MORGAN AVE
LOS ANGELES, CA 90011
(213)842-3782

January 28, 2014

Equifax Information Services LLC
P.O. Box 740256
Atlanta, GA 30374

I am disputing the following items:

1. [MIDLAND FUND and account # 855254****]

2. [MIDLAND FUND and account # 855029****]

3. [CAPITAL ONE and account # 51780593****]

4. [CAPITAL ONE / BEST BUY and account # 169601-192737****]

Please provide me with a description of the reinvestigation procedure for all items. Please
provide me with the source of information for all items. Please send me all information in my
consumer file. Please send me an updated copy of my credit report. Thank you for your
cooperation in advance.

Sincerely,

DAJHAR J. JOHNSON
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

P.S.  Please find enclosed a copy of my Drivers License and bill statement to verify my identity.

23

DAJHAR J. JOHNSON
4341 S. MORGAN AVE
LOS ANGELES, CA 90011
(213)842-3782

January 28, 2014

EXPERIAN
P.O. Box 2002
ALLEN, TX 75013

I am disputing the following items:

1. [MIDLAND FUND and account # 855254****]

2. [MIDLAND FUND and account # 855029****]

3. [XEROX STATE & LOCAL SO and account # 17CA4DSX725201****]

4. [XEROX STATE & LOCAL SO and account # 17CA5YKR107200****]

5. [CAPITAL ONE and account # 51780593****]

6. [HSBC/BSBUY and account #700119192737****]

Please provide me with a description of the reinvestigation procedure for all items. Please provide me with the source of information for all items. Please send me all information in my consumer file. Please send me an updated copy of my credit report. Thank you for your cooperation in advance.

Sincerely,

DAJHAR J. JOHNSON
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

P.S.  Please find enclosed a copy of my Drivers License and bill statement to verify my identity.

(24)

DAJHAR JOHNSON
4341 S. MORGAN AVE
LOS ANGELES, CA 90011
(213)842-3782

January 28, 2014

Transunion Consumer Relations
P.O. Box 2000
Chester, PA 19022-2000

I am disputing the following items:

1. [MIDLAND FUND and account # 855254****]

2. [MIDLAND FUND and account # 855029****]

3. [CAPITAL ONE and account # 51780593****]

4. [HSBC/BSTBY and account # 70011919****]

Please provide me with a description of the reinvestigation procedure for all items. Please provide me with the source of information for all items. Please send me all information in my consumer file. Please send me an updated copy of my credit report. Thank you for your cooperation in advance.

Sincerely,

DAJHAR J. JOHNSON
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

P.S.  Please find enclosed a copy of my Drivers License and bill statement to verify my identity.



$3.30

USPS Certified Mail #:
70070710000403223740

Issue PVI:                                    $6.49

SALT LAKE CITY UT 84130 Zone-4              $0.49
First-Class Mail Letter
0.70 oz.
Expected Delivery: Fri 02/07/14
Return Rcpt (Green Card)                     $2.70
@@ Certified                                 $3.30
USPS Certified Mail #:
70070710000403223251

**U.S. Postal Service**™
## CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com℠

SALT LAKE CITY UT 84130

OFFICIAL USE

| Postage | $ | $0.49 | |
| Certified Fee | | $3.30 | |
| Return Receipt Fee (Endorsement Required) | | $2.70 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $6.49 | 02/04/2014 |

Sent To
Capital One Bank USA NA
Street, Apt. No.; or PO Box No.
P.O. Box 30281
City, State, ZIP+4
Salt Lake City, UT 84130

PS Form 3800, August 2006                 See Reverse for Instructions

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _____  ☐ Agent  ☐ Addressee <br> B. Received by ( Printed Name )   C. Date of Delivery |
| 1. Article Addressed to: <br><br> Capital One Bank USA, NA <br> P.O. Box 30281 <br> Salt Lake City, UT 84130 | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No <br><br> FEB 07 2014 |
| | 3. Service Type <br> ☑ Certified Mail  ☐ Express Mail <br> ☐ Registered  ☐ Return Receipt for Merchandise <br> ☐ Insured Mail  ☐ C.O.D. <br> 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number <br> (Transfer from service label)      7007 0710 0004 0322 3251 | |
| PS Form 3811, February 2004      Domestic Return Receipt | 102595-02-M-1540 |

(26)

Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | $0.49 |
| Certified Fee | | $3.30 |
| Return Receipt Fee (Endorsement Required) | | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.49 |

Postmark Here

03/13/2014

Sent To
*Capital One Bank USA, NA*
Street, Apt. No.; or PO Box No.
*P.O. Box 30281*
City, State, ZIP+4
*Salt Lake City, UT 84130*

PS Form 3800, August 2006    See Reverse for Instructions

7014 0150 0002 0630 2140

---

Issue PVI:

SALT LAKE CITY UT 84130 Zone-4          $6.49
First-Class Mail Letter
0.40 oz.
Expected Delivery: Mon 03/17/14        $0.49
Return Rcpt (Green Card)
0@ Certified
USPS Certified Mail #:                 $2.70
7014015000020630214        $3.30

Issue PVI:
                                       ========
RICHMOND VA 23285 Zone-8               $6.49

                                       $0.49

---

| **SENDER:** COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X      ☐ Agent<br>     ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>*Capital One Bank USA, NA*<br>*P.O. Box 30281*<br>*Salt Lake City, UT 84130* | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>MAR 15 2014 |
| | 3. Service Type<br>☑ Certified Mail®   ☐ Priority Mail Express™<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ Collect on Delivery |
| 2. Article Number<br>(Transfer from service label) | 4. Restricted Delivery? (Extra Fee)   ☐ Yes<br>7014 0150 0002 0630 2140 |
| PS Form 3811, July 2013 | Domestic Return Receipt |

(27)



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

| | | |
|---|---|---|
| Postage | $ | $0.49 |
| Certified Fee | | $3.30 |
| Return Receipt Fee (Endorsement Required) | | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.49 |

Sent To Cap One
Street, Apt. No.; or PO Box No. P.O. Box 85520
City, State, ZIP+4 Richmond, VA 23285

PS Form 3800, August 2006        See Reverse for Instructions

7007 0710 0004 0322 3299

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Cap One
P.O. Box 85520
Richmond, Va 23285

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

FEB 07 2014

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7007 0710 0004 0322 3299

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



```
                                    $0.49
RICHMOND VA 23285 Zone-8
First-Class Mail Letter
0.60 oz.
Expected Delivery: Fri 02/07/14   $2.70
Return Rcpt (Green Card)          $3.30
@@ Certified
USPS Certified Mail #:          ========
70070710000403223299              $6.49

Issue PVI:                        $0.49

ALLEN TX 75013 Zone-6
First-Class Mail Letter
0.80 oz.
Expected Delivery: Fri 02/07/14   $2.70
Return Rcpt (Green Card)          $3.30
@@ Certified
USPS Certified Mail #
```

(28)

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.49 |
| Certified Fee | | $3.30 |
| Return Receipt Fee (Endorsement Required) | | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.49 |

7007 0710 0004 0322 3459

Sent To  Cap One
Street, Apt. No.; or PO Box No.  P.O. Box 85520
City, State, ZIP+4  Richmond, Va 23285

PS Form 3800, August 2006            See Reverse for Instructions

---

7007071000040??????

Issue PVI:                              $6.49

RICHMOND VA 23285 Zone-8               $0.49
First-Class Mail Letter
0.40 oz.
Expected Delivery: Mon 03/17/14
Return Rcpt (Green Card)               $2.70
@@ Certified                           $3.30
USPS Certified Mail #:
7007071000403223459

Issue PVI:                              $6.49

RICHMOND VA 23285 Zone-8               $0.49
First-Class Mail Letter
0.40 oz.
Expected Delivery: Mon 03/17/14

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery  3 18 14

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

CAP ONE
P.O. Box 85520
Richmond, Va 23285

3. Service Type
   ☐ Certified Mail®     ☐ Priority Mail Express™
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)    7007 0710 0004 0322 3459

PS Form 3811, July 2013            Domestic Return Receipt

㉙

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Equifax Information Services LLC
P.O. Box 740256
Atlanta, GA 30374

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

FEB 0 8 2014

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)     7007 0710 0004 0322 3343

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ $0.49 |
| Certified Fee | $3.30 |
| Return Receipt Fee (Endorsement Required) | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $6.49 |

Postmark Here   FEB 4   LOS ANGELES   02/04/2014

Sent To
Equifax Information Services LLC
Street, Apt. No.;
or PO Box No.  P.O. Box 740256
City, State, ZIP+4
Atlanta, GA 30374

PS Form 3800, August 2006     See Reverse for Instructions

---

```
Issue PVI:                           $6.49

ATLANTA GA 30374 Zone-8              $0.49
First-Class Mail Letter
0.80 oz.
Expected Delivery: Fri 02/07/14
Return Rcpt (Green Card)             $2.70
@@ Certified                        $3.30
USPS Certified Mail #:
7007071000040322343

Issue PVI:                           $6.49

DALLAS TX 75204 Zone-6               $0.49
First-Class Mail Letter
0.60 oz.
Expected Delivery: ... 02/07/14
Return Rcpt (Green Card)             $2.70
@@ Certified                        $3.30
```





- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name )

C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

*James M. Swanson*

1. Article Addressed to:

Experian
P.O. Box 2002
Chester, PA 19022-2000

3. Service Type
☐ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)      ☐ Yes

2. Article Number
(Transfer from service label)

7007 0710 0004 0322 3367

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

ALLEN TX 75013

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.49 |
| Certified Fee | | $3.30 |
| Return Receipt Fee (Endorsement Required) | | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.49 |

Postmark Here
FEB
02/04/2014

Sent To  EXPERIAN
Street, Apt. No.; or PO Box No.  P.O. BOX 2002
City, State, ZIP+4  CHESTER, PA 19022-2000

PS Form 3800, August 2006      See Reverse for Instructions

---

```
                              0.60 oz.
Expected Delivery: Fri 02/07/14
Return Rcpt (Green Card)
@@ Certified                          $2.70
USPS Certified Mail #:                $3.30
7007071000403223299

  Issue PVI:                      =========
                                      $6.49

ALLEN TX 75013 Zone-6
First-Class Mail Letter               $0.49
  0.80 oz.
Expected Delivery: Fri 02/07/14
Return Rcpt (Green Card)
@@ Certified                          $2.70
USPS Certified Mail #:                $3.30
7007071000403223367

  Issue PVI:                      =========
                                      $6.49

CRUM LYNNE PA 19022 Zone-8
First-Class Mail Letter               $0.49
  0.80 oz.
Expected Delivery: Fri 02/07/14
```

31



**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

Transunion Consumer Relations
P.O. Box 2000
Chester, PA 19022-2000

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X TransUnion LLC          ☐ Agent
                          ☐ Addressee

B. Received by ( Printed Name )      C. Date of Delivery
FEB 7 2014

D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)              ☐ Yes

2. Article Number
   (Transfer from service label)

7007 0710 0004 0322 3374

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

CRUM LYNNE PA 19022        OFFICIAL USE

Postage          $    $0.49

Certified Fee

Return Receipt Fee
(Endorsement Required)    $2.70         Postmark
                                        Here

Restricted Delivery Fee
(Endorsement Required)    $0.00

Total Postage & Fees    $    $6.49      02/04/2014

Sent To
TRANSUNION CONSUMER RELATIONS
Street, Apt. No.;
or PO Box No.    P.O. BOX 2000
City, State, ZIP+4
CHESTER, PA 19022-2000

PS Form 3800, August 2006              See Reverse for Instructions

USPS Certified Mail #:
7007071000040322367

Issue PVI:                          $6.49

CRUM LYNNE PA 19022 Zone-8          $0.49
First-Class Mail Letter
0.80 oz.
Expected Delivery: Fri 02/07/14
Return Rcpt (Green Card)            $2.70
@@ Certified                       $3.30
USPS Certified Mail #:
7007071000040322374

Issue PVI:                          $6.49

ATLANTA GA 30374 Zone-8            $0.49
First-Class Mail Letter
0.80 oz.
Expected Delivery: Fri 02/07/14

All sales f...

(32)

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☒ )

Dahar Johnson

**(b)** County of Residence of First Listed Plaintiff   *Los Angeles*
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

Dahar Johnson    4341 S. Morgan Ave
(213) 842-3782   Los Angeles, California 90011

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

Capital One Bank USA, National Association
Cap One

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff
☒ 3. Federal Question (U.S. Government Not a Party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No  (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No     ☐ **MONEY DEMANDED IN COMPLAINT:** $ *1,000.00*

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

*Fair Debt Collection Practicing Act*

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☒ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 220 Foreclosure | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accommodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:**    Case Number:    CV14 - 07725

CV-71 (06/14)    CIVIL COVER SHEET    Page 1 of 3

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII.  VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A:  Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| ☐ Yes  ☒ No<br><br>If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

**QUESTION B:  Is the United States, or one of its agencies or employees, a PLAINTIFF in this action?**  ☐ Yes  ☒ No

If "no," skip to Question C. If "yes," answer Question B.1, at right.

**B.1.** Do 50% or more of the defendants who reside in the district reside in Orange Co.? *check one of the boxes to the right*
- ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there.
- ☐ NO. Continue to Question B.2.

**B.2.** Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.) *check one of the boxes to the right*
- ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there.
- ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there.

**QUESTION C:  Is the United States, or one of its agencies or employees, a DEFENDANT in this action?**  ☐ Yes  ☒ No

If "no," skip to Question D. If "yes," answer Question C.1, at right.

**C.1.** Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.? *check one of the boxes to the right*
- ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there.
- ☐ NO. Continue to Question C.2.

**C.2.** Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.) *check one of the boxes to the right*
- ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there.
- ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there.

| QUESTION D:  Location of plaintiffs and defendants? | A.<br>Orange County | B.<br>Riverside or San Bernardino County | C.<br>Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☐ |

**D.1.  Is there at least one answer in Column A?**  ☐ Yes  ☒ No

If "yes," your case will initially be assigned to the SOUTHERN DIVISION.
Enter "Southern" in response to Question E, below, and continue from there.
If "no," go to question D2 to the right.

**D.2.  Is there at least one answer in Column B?**  ☐ Yes  ☒ No

If "yes," your case will initially be assigned to the EASTERN DIVISION.
Enter "Eastern" in response to Question E,  below.
If "no," your case will be assigned to the WESTERN DIVISION.
Enter "Western" in response to Question E, below.

**QUESTION E: Initial Division?**  |  INITIAL DIVISION IN CACD

Enter the initial division determined by Question A, B, C, or D above: → *Western*

**QUESTION F: Northern Counties?**

Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties?  ☐ Yes  ☒ No

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES:** Has this action been previously filed **in this court?**          ☒ NO          ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Is this case related (as defined below) to any cases previously filed **in this court?**          ☒ NO          ☐ YES

If yes, list case number(s): _____

**Civil cases are related when they:** (1) arise from the same or a closely related transaction, happening, or event; (2) call for determination of the same or substantially related or similar questions of law and fact; or (3) for other reasons would entail substantial duplication of labor if heard by different judges. That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**X. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):** _____          DATE: 10/06/14

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |