JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAJHAR JOHNSON, an Individual;<br><br>        Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK USA, NATIONAL ASSOCIATION<br><br>CAP ONE<br><br>        Defendant(s). | Case No. 2:14-cv-07725-BRO (AJWx)<br><br>*Assigned to Courtroom 14*<br>*Judge Beverly Reid O'Connell*<br>*Magistrate Judge Andrew J. Wistrich*<br><br>**ORDER DISMISSING DEFENDANT CAPITAL ONE BANK (USA), N.A. WITH PREJUDICE**<br><br>[*Joint Stipulation of Dismissal filed concurrently herewith*]<br><br>Complaint Filed: October 15, 2014<br>Trial Date: TBA |

# **ORDER**

THIS CAUSE is before the Court upon the stipulation by and between Plaintiff Dajhar Johnson and Defendant Capital One Bank (USA), N.A., for itself and erroneously sued as CAP ONE (collectively, "Capital One"), to dismiss the above-captioned action with prejudice.

GOOD CAUSE APPEARING, the Court approves the Stipulation and orders as follows:

The action is hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: March 10, 2015  _____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE